IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY R. FORMAN and HILLMAN, FORMAN, CHILDERS & MCCORMACK, a Nebraska Partnership,<br><br>    Plaintiffs and counterclaim defendants,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a foreign corporation also known as The Hartford,<br><br>    Defendant, third party plaintiff, counterclaimant, and counterclaim defendant,<br><br>vs.<br><br>ERIC CANO,<br><br>    Third party defendant and counterclaimant. | 8:19-CV-129<br><br><br><br>JUDGMENT |

On the parties' Stipulation for Dismissal with Prejudice ([filing 24](filing 24)), this case is dismissed with prejudice in its entirety—including all claims, counterclaims, and third-party claims—with each party to bear its own costs and fees.

Dated this 30th day of July, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge